# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**EBUBE OTUONYE,**

          Petitioner,

v.                                         Case No:   22-1101-EFM

**UNITED STATES OF AMERICA,**

          Respondent.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED that:

pursuant to the Memorandum and Order, Doc. 242, filed on July 11, 2023 in the underlying criminal case, 18-10085, the Defendants' Motions to Vacate, Docs. 142 and 162, are GRANTED IN PART and DENIED PART.  The Judgement of the Court, Doc. 103, is hereby VACATED as to Counts One and Two and the jury's finding of Defendant's guilt as to Counts One and Two is SET ASIDE.  Counts Three and Four remain unchanged.

This case is closed.

  October 6, 2023                                    SKYLER O'HARA
      Date                                                 CLERK OF THE DISTRICT COURT

                                                              by:  s/ Cindy McKee
                                                                          Deputy Clerk